UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIRIAH L. REYES,<br><br>                    Plaintiff,<br><br>      v.<br><br>EXPRESS EMPLOYMENT PROFESSIONALS, a Washington limited liability company; and PLANNED ADMINISTRATORS INC., a foreign corporation,<br><br>                    Defendants. | NO:  12-CV-0506-TOR<br><br>ORDER GRANTING MOTIONS FOR ENTRY OF ORDER OF DISMISSAL BY STIPULATION OF THE PARTIES |

BEFORE THE COURT are Defendants' Motions for Entry of Order of Dismissal by Stipulation of Parties (ECF No. 22, ECF No. 25).  The parties have stipulated and agreed to dismiss Plaintiff's claims against Defendants in this action with prejudice, with each party bearing its own costs and attorney's fees. ECF No. 24, ECF No. 27.

//

//

ORDER GRANTING MOTIONS FOR ENTRY OF ORDER OF DISMISSAL BY STIPULATION OF THE PARTIES ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Motion for Entry of Order of Dismissal by Stipulation of Parties, ECF No. 22, is **GRANTED**.

2. The Motion for Entry of Order of Dismissal by Stipulation of Parties, ECF No. 25, is **GRANTED**.

3. All claims and causes of action in this matter are hereby **DISMISSED** with prejudice and without costs or fees to any party.

4. Defendant Express Employment Professionals' Motion to Dismiss, ECF No. 8, is **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 9th day of October, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTIONS FOR ENTRY OF ORDER OF DISMISSAL BY STIPULATION OF THE PARTIES ~ 2